Thomas JONES, Petitioner–Appellant,

v.

## COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.

No. 07–72898.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2008 *.

Filed March 18, 2008.

Thomas Jones, Edina, MO, pro se.

Robert R. Di Trolio, Clerk, U.S. Tax Court, Donald L. Korb, Acting Chief Counsel Internal Revenue Service, Rachel Wollitzer, Eileen J. O'Connor, Esq., U.S. Department of Justice Tax Division/Appellate Section, Washington, D.C., for Respondent–Appellee.

Before: T.G. NELSON, TASHIMA and BYBEE, Circuit Judges.

## MEMORANDUM **

This is an appeal of the United States Tax Court's order dismissing appellant's case for lack of prosecution.

Appellant's motion to file a late response to the motion to summarily affirm the judgment is granted. The Clerk shall file the response received on December 7, 2007.

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we grant appellee's motion to summarily affirm the tax court's judgment.

## AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

